**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ZENAIDA SOUTHERLAND,**

        **Plaintiff,**

**-vs-**                                                            Case No. 6:09-cv-916-Orl-31DAB

**LCM INVESTMENTS, INC., DELTA**
**DRIVERS SERVICE, INC., and AVIS**
**BUDGET GROUP, INC.,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Motion for Approval of Settlement Agreements (Doc. No. 45) filed January 12, 2010.

On January 28, 2010, the United States Magistrate Judge issued a report (Doc. No. 49) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Approval of Settlement Agreements is GRANTED. The Settlement Agreement is approved, and the case is DISMISSED, with prejudice. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 1st day of February, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE